JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6/12/15

D Vo
DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
JUN 1 2 2015
CENTRAL DISTRICT OF CALIFORNIA
BY　DV　DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROBERT LEE JENKINS, JR.,

　　　　Plaintiff,

vs.

C/O CONES,

　　　　Defendant.

Case No. CV 14-7557-ODW (RNB)

**JUDGMENT**

　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 10, 2015

_/s/ Otis D. Wright II_
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 1 2 2015
CENTRAL DISTRICT OF CALIFORNIA
BY　DV　DEPUTY